UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| VICTOR OWENS | ) | |

## ORDER

Pending before the Court is an Amended Motion to Suppress Evidence (Docket No. 157) filed by Defendant pro se.

Defendant Owens is represented by Sumter L. Camp. The above referenced pro se Motion is DENIED without prejudice to filing by Defendant's counsel.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE