UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        NO.3:10-00065
                                    )        JUDGE CAMPBELL
QUINCY MARUICE FUQUA                )

ORDER

Pending before the Court is a Motion for Extension of Pre-Trial Motion Deadline (Docket

No. 159). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to November 4, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE