UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| VICTOR L. OWENS | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Leave To File Under Seal (Docket No. 161). The Motion to file the motion to suppress under seal is DENIED. The motion to suppress should be filed in the public record. The motion must be accompanied by a separate brief, which may be filed under seal along with any supporting information.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE