UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| VICTOR L. OWENS | ) | |

ORDER

Pending before the Court is a Motion to Suppress and Request for <u>Franks</u> Hearing (Docket No. 164).

The Court will hold a hearing on the Motion to Suppress on November 1, 2012, at 9:00 a.m. The Court takes under advisement the request for a <u>Franks</u> hearing pending briefing and argument at the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE