UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MARUICE FUQUA | ) | |

## ORDER

Pending before the Court is a Motion to Excuse Counsel from Motion Hearing on November 1, 2012 (Docket No. 173). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE