UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MARUICE FUQUA | ) | |

## ORDER

Pending before the Court is Defendant Quincy Fuqua's Motion to Suppress Statement (Docket No. 189). The Court will hold a hearing on the Motion at the pretrial conference scheduled for November 28, 2012, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE