UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA, et al. | ) | |

ORDER

Pending before the Court are Defendant Owens' Motion To Sever Defendants (Docket No. 204) and Motion In Limine (Docket No. 205). The Court will consider the Motions at the Pretrial Conference set for November 28, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE