UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

## ORDER

Pending before the Court is Defendant Fuqua's Second Motion For an Evidentiary Hearing (Docket No. 289). Through the Motion, the Defendant seeks an opportunity to present evidence regarding Trial Exhibit 8E.

The Motion is GRANTED. Accordingly, the Court will hold a hearing on April 24, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE