UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| VICTOR L. OWENS | ) | |

ORDER

The sentencing hearing currently scheduled for July 22, 2013, at 2:30 p.m. is RESCHEDULED for July 22, 2013, at 4:00 p.m.

    IT IS SO ORDERED.

                                                                           _____
                                                                           TODD J. CAMPBELL
                                                                           UNITED STATES DISTRICT JUDGE