UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MARUICE FUQUA, et al. | ) | |

ORDER

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 339). The Government shall file a response to the Motion by November 22, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE