UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Continue Sentencing Hearing (Docket No. 339). Through the Motion, the Defendant seeks a continuance of the sentencing hearing, currently set for November 26, 2013. The Government has filed a Response (Docket No. 344) indicating that it does not oppose a short continuance.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED to January 14, 2014, at 1:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE